# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONSTAR MORTGAGE LLC; AND U.S. BANK, N.A., AS TRUSTEE FOR THE CERITIFICATEHOLDERS OF THE LXS 2006-18N TRUST FUND,

Appellants,

vs.

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 78004

**FILED**

FEB 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
Paul M. Haire, Settlement Judge
Akerman LLP/Las Vegas
Kim Gilbert Ebron
Eighth District Court Clerk

21-04950